# EXHIBIT 1

**Registration #:** TX0009056716
**Service Request #:** 1-11062094551

## Mail Certificate

Michael Best & Friedrich, LLP
Laura Lamansky
Attn: Docketing Department
N19W24133 Riverwood Dr #200
Waukesha, Wisconsin 53188 United States

**Priority:** Special Handling **Application Date:** December 22, 2021

## Correspondent

**Organization Name:** Michael Best & Friedrich, LLP
**Name:** Laura Lamansky
**Email:** mkeipdocket@michaelbest.com
**Telephone:** (414)225-4958
**Address:** Attn: Docketing Department
N19W24133 Riverwood Dr #200
Waukesha, Wisconsin 53188 United States

**Registration Number**
**TX 9-056-716**
**Effective Date of Registration:**
December 22, 2021
**Registration Decision Date:**
January 04, 2022

## Title

**Title of Work:** HOUSING FOR SOCIAL GOOD

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 20, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Sherri Candelario
  **Author Created:** text, photograph(s)
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Frank Candelario
  **Author Created:** text, photograph(s)
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sherri Candelario
588 Bell Street Unit 504S, Seattle, WA, 98121

**Copyright Claimant:** Frank Candelario
588 Bell Street Unit 504S, Seattle, WA, 98121

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork, Government works and text, images, and artwork owned by third parties

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Organization Name:** Michael Best & Friedrich, LLP
**Name:** Laura Lamansky
**Address:** Attn: Docketing Department
N19W24133 Riverwood Dr #200
Waukesha, WI 53188 United States

## Certification

**Name:** Laura Lamansky
**Date:** December 22, 2021
**Applicant's Tracking Number:** 216036-5006

---

**Correspondence:** Yes