# EXHIBIT 3

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**TX 9-055-056**

**Effective Date of Registration:**
December 22, 2021

**Registration Decision Date:**
December 23, 2021

## Title

**Title of Work:** Shared Housing Strategies Presentation 2021

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 01, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Sherri Candelario
  **Author Created:** text, photograph(s)
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Frank Candelario
  **Author Created:** text, photograph(s)
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sherri Candelario
588 Bell Street Unit 504S, Seattle, WA, 98121

**Copyright Claimant:** Frank Candelario
588 Bell Street Unit 504S, Seattle, WA, 98121

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork, Text, images, and artwork owned by third parties and preexisting text, images, and artwork

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Organization Name:** Michael Best & Friedrich, LLP
**Name:** Laura Lamansky
**Address:** Attn: Docketing Department
N19W24133 Riverwood Dr #200
Waukesha, WI 53188 United States

## Certification

**Name:** Laura Lamansky
**Date:** December 22, 2021
**Applicant's Tracking Number:** 216036-5008

---

**Correspondence:** Yes