# EXHIBIT 5

# United States of America

## United States Patent and Trademark Office

KATE'S HOUSE

FOUNDATION

**Reg. No. 6,304,269**

**Registered Mar. 30, 2021**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Kate's House Foundation (WASHINGTON non-profit corporation )
415 1st Avenue North #9264
Seattle, WASHINGTON 98109

CLASS 43: Providing temporary shared community housing accommodations for individuals recovering from drug addiction and substance abuse

FIRST USE 3-15-2019; IN COMMERCE 3-15-2019

The mark consists of a shaded polygon containing a stylized house centered above the words "KATE'S HOUSE" in a stylized font and underlined with a straight horizontal line and centered underneath the line is the word "FOUNDATION" in a stylized font.

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOUSE" AND "FOUNDATION"

SER. NO. 88-848,324, FILED 03-26-2020

UNITED STATES PATENT AND TRADEMARK OFFICE

DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office