# EXHIBIT 6

# United States of America

## United States Patent and Trademark Office

**Reg. No. 6,304,270**

**Registered Mar. 30, 2021**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Kate's House Foundation (WASHINGTON non-profit corporation )
415 1st Avenue North #9264
Seattle, WASHINGTON 98109

CLASS 44: Chemical dependency and substance abuse treatment services; Drug use testing services; Rehabilitation for substance abuse patients; Rehabilitation of alcohol addicted patients; Rehabilitation of drug addicted patients; Rehabilitation of narcotic addicted patients

FIRST USE 3-15-2019; IN COMMERCE 3-15-2019

The mark consists of a shaded polygon containing a stylized house centered above the words "KATE'S HOUSE" in a stylized font and underlined with a straight horizontal line and centered underneath the line is the word "FOUNDATION" in a stylized font.

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOUSE" AND "FOUNDATION"

SER. NO. 88-848,332, FILED 03-26-2020

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office