# EXHIBIT 8

# United States of America

## United States Patent and Trademark Office

# KATE'S HOUSE

**Reg. No. 6,304,267**

**Registered Mar. 30, 2021**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Kate's House Foundation (WASHINGTON non-profit corporation )
415 1st Avenue North #9264
Seattle, WASHINGTON 98109

CLASS 43: Providing temporary shared community housing accommodations for individuals recovering from drug addiction and substance abuse

FIRST USE 7-15-2016; IN COMMERCE 7-15-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOUSE"

SER. NO. 88-848,315, FILED 03-26-2020

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office