# EXHIBIT 10

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 21 03:32:22 EST 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | SHARED HOUSING SOLUTIONS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: fundraising for the purpose of purchasing housing to provide a drug and alcohol free shared, community, transitional house to individuals in need; real estate syndication services, namely, real estate syndication fundraising for shared housing for at-risk individuals. FIRST USE: 20211002. FIRST USE IN COMMERCE: 20211002<br><br>IC 043. US 100 101. G & S: Providing shared housing and arranging for social services for at-risk individuals. FIRST USE: 20211002. FIRST USE IN COMMERCE: 20211002 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.01.06 - Other houses<br>24.15.04 - Arrowheads<br>26.05.03 - Incomplete triangles (must have two angles) ; Triangle, incomplete (two angles) |
| **Serial Number** | **97072507** |
| **Filing Date** | October 13, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) SHARED HOUSING SOLUTIONS MANAGER, LLC LIMITED LIABILITY COMPANY WASHINGTON 588 Bell Street 504S Seattle WASHINGTON 98121 |
| **Attorney of Record** | Stephen J. Horace |
| **Description of Mark** | The mark consists of the silhouettes of three overlapping houses, the center house containing an upward facing arrow in the middle. The stylized words SHARED HOUSING SOLUTIONS are positioned next to the right of the houses. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |