# EXHIBIT 11

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 21 03:32:22 EST 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

SHARED HOUSING SOLUTIONS

| | |
|---|---|
| **Word Mark** | SHARED HOUSING SOLUTIONS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: fundraising for the purpose of purchasing housing to provide a drug and alcohol free shared, community, transitional house to individuals in need; real estate syndication services, namely, real estate syndication fundraising for shared housing for at-risk individuals\. FIRST USE: 20201101. FIRST USE IN COMMERCE: 20201101<br><br>IC 043. US 100 101. G & S: Providing shared housing and arranging for social services for at-risk individuals. FIRST USE: 20160715. FIRST USE IN COMMERCE: 20160715 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **97066284** |
| **Filing Date** | October 8, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) SHARED HOUSING SOLUTIONS MANAGER, LLC LIMITED LIABILITY COMPANY WASHINGTON 588 Bell Street 504S Seattle WASHINGTON 98121 |
| **Attorney of Record** | Stephen J. Horace |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

---