# EXHIBIT 12

Michael Best

**Michael Best & Friedrich LLP**
**Attorneys at Law**
**Stephen J. Horace**
**T** 720.745.4870
**E** sjhorace@michaelbest.com

November 19, 2021

Via Email

Emmanuel Guarino, Chief Executive Officer
Isabelle Smith, Chief Operating Officer
Mona Guarino
Residential Assisted Living Academy
315 W. Elliot Rd., Suite 107-605
Tempe, AZ 85284

Re: Termination of Rights to Use Intellectual Property of Sherri Candelario, Frank Candelario, Kate's House Foundation, Shared Housing Solutions, LLC and Shared Housing Solutions Manager, LLC ("IP Owners")

Dear Mr. Guarino, Ms. Smith, and Ms. Guarino:

We represent the IP Owners set forth above on intellectual property matters. Pursuant to the Termination Letter that you requested that was delivered today (a copy of which is attached), please be advised that all license and authority for Residential Assisted Living Academy and its employees, agents and affiliates (collectively, "RAL Academy") to use any of the intellectual property rights of the IP Owners, including their trademarks, original materials, likenesses, images, names, and recordings in which they or their materials appear, will cease at the conclusion of the termination date set forth in the Termination Letter, November 19, 2021. A nonexclusive list of these intellectual property rights ("IP Rights") is attached as Exhibit A.

We expect that, pursuant to the termination, you will promptly remove and cease use of all the materials that contain IP Rights of the IP Owners promptly after the termination takes effect at midnight tonight PST. Continued use of these materials will constitute copyright infringement, trademark infringement, false designation or origin, unfair competition, and other commercial torts. If necessary, IP Owners will take action to prevent unauthorized use of their IP Rights and obtain compensatory and deterrence awards to prevent and remedy any such unauthorized use.

We hope and expect an amicable termination in which you take appropriate action to avoid unauthorized use and infringement of any of the IP Owners' IP rights.

Michael Best



Thank you for your anticipated cooperation.

Sincerely,

Stephen J. Horace
Partner

cc: Jim Guarino (via email only)
David Guarino (via email only)
Sherri Candelario, Ph.D. (via email)
Frank Candelario (via email)
Stacia R. Hoffman, Esq. (via email)

## EXHIBIT A

## RELEVANT INTELLECTUAL PROPERTY OF KATE'S HOUSE FOUNDATION, SHARED HOUSING SOLUTIONS MANAGER, LLC AND SHERRI AND FRANK CANDELARIO

1) The registered, pending and common law Kate's House and Shared Housing Solutions trademarks, including but not limited to:

KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304270

KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304269

KATE'S HOUSE, U.S. Reg. No. 6304268

KATE'S HOUSE, U.S. Reg. No. 6304267

SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072531

SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072507

SHARED HOUSING SOLUTIONS, U.S. Ser. No. 97066284

2) The name and images of Sherri Candelario and Frank Candelario ("Candelarios")

3) Any materials that the Candelarios', Shared Housing Solutions Manager, LLC, Kate's House Foundation, Shared Housing Solutions, LLC or their employees, representatives or agents (collectively, "IP Owners") created and shared or otherwise made available to Residential Assisted Living ("RAL") Academy.

4) All written materials that the Candelarios' or any IP Owner created on how to identify, purchase and manage a shared home, including applications, house rules, and materials concerning how to manage a home and how to identify appropriate homes.

5) Any training sessions or presentation materials or recordings in which one or more of the Candelarios' or their materials are used or appear.

6) Any of the above materials that appear in any RAL Academy (or related person or entity) communications, advertising, promotion or materials or on any website or social media or other communications outlet of any kind.

7) Any materials that suggest any relationship between RAL Academy and any of the IP Owners (including Kate's House Foundation, Shared Housing Solutions Manager, LLC, Shared Housing Solutuons, LLC and Frank or Sherri Candelario).

Cornerpoint Law

Stacia R. Hofmann, Attorney
206-693-2718
stacia@cornerpointlaw.com

**VIA EMAIL AND PRIORITY MAIL**

November 19, 2021

Emmanuel Guarino, Chief Executive Officer
Isabelle Smith, Chief Operating Officer
Mona Guarino
Residential Assisted Living Academy
315 W. Elliot Rd., Suite 107-605
Tempe, AZ 85284

RE: Sherri Candelario and Frank Candelario
*Termination Letter*

Dear Mr. Guarino, Ms. Smith, and Ms. Guarino:

Please be advised that I represent Sherri Candelario, Ph.D., ("Sherri") and Frank Candelario ("Frank") as it relates to their independent contractor agreements with Residential Assisted Living Academy ("RAL Academy").

Upon RAL Academy's urgent requests for Sherri and Frank to immediately terminate their agreements after RAL Academy founder Eugene Guarino's ("Gene") unexpected passing last month, Sherri and Frank hereby submit this termination letter. It has been a very difficult time, and it is clear that absent Gene's involvement, the independent contractor agreements have been irreversibly frustrated and no longer serve their purposes.

**TERMINATION DATE**

Sherri and Frank agree to a termination date of November 19, 2021. They revoke any and all licenses or alleged licenses effective immediately.

**TERMINATION OF SERVICES**

Since Gene's passing, new leadership at RAL Academy has attempted to control how Sherri and Frank speak, teach, coach and mentor. The United States Supreme Court and the Washington Supreme Court have, for decades, recognized that "an independent contractor is a person who contracts with another to do something for him but who is not controlled by the other nor subject to the other's right to control with respect to his physical conduct in the performance of the undertaking." *Logue v. United States*, 412 U.S. 521, 527 n.5 (1973); *Hollingbery v. Dunn*, 68 Wn.2d 75, 79-80, 411 P.2d 431 (1966).

Sherri's and Frank's independent contractor relationships do not allow the level of control that RAL Academy is now trying to assert. In light of this, and the mutual termination of the agreements, the December Recovery Housing Academy virtual course offered by RAL Academy should be cancelled, and RAL Academy should transfer its active students to other coaches. Sherri and Frank should not be providing any further services, and the relationship should be severed immediately.

Furthermore, Sherri and Frank **do not** consent to further presentation or use of their names, images, videos, trademarks, materials or other intellectual property owned by Sherri, Frank, their various businesses, and Kate's House Foundation®. Effective as of this termination date, all licenses and rights to use any such materials, the names or likenesses of Sherri and Frank, or the trademarks owned by them or Kate's House Foundation® are revoked. Indeed, RAL Academy will or has received a separate letter from intellectual property counsel for Kate's House Foundation®, Sherri, and Frank providing more details on this prohibition against further use of these intellectual property rights owned by Sherri, Frank, their various businesses, and/or Kate's House Foundation®.

**ALLEGED NONCOMPETITION COVENANT**

In January 2020, the Washington legislature expanded protection from unreasonable noncompetition clauses to independent contractors. Companies that require independent contractors to sign unenforceable noncompetition clauses, or who try to enforce or even partially enforce illegal noncompetition clauses, are liable to independent contractors for damages and must also pay independent contractors their attorneys' fees. The alleged noncompetition clauses in Sherri's and Frank's contracts are void and unenforceable. RCW Ch. 49.62; *see also Copier Specialists, Inc. v. Gillen*, 887 P.2d 919, 76 Wn. App. 771 (1995).

We trust that the above is an agreeable resolution and that the parties can immediately go their separate ways. If you would like to discuss the contents of this letter, please contact me directly rather than contacting Sherri or Frank. Sherri and Frank hope for healing as they keep Gene's warmth in their thoughts and memories.

Very truly yours,

Stacia Hofmann

cc: Jim Guarino (via email only)
David Guarino (via email only)
Sherri Candelario, Ph.D.
Frank Candelario
Stephen Horace

Mailing Address:
PMB 210
10002 Aurora Ave. N. #36
Seattle, WA 98133