# EXHIBIT 13




# Build Your Financial Legacy

4 Homes 2 Freedom is the gateway to turning your single family home into the financial freedom you desire.

ENROLL NOW













# Real Estate is only the beginning

There are multiple paths to get financial freedom with real estate, and with the 4 Homes 2 Freedom opportunity, we'll show you the details of each option and help you discover which one is right for you.

The best part? You don't have to be an experienced business owner, current investor, or real estate expert.

With the right tools and education, anyone can turn a single family home into cash flow, upwards of $10,000 or more of monthly income.

COURSES

# Where to Invest

Looking for the right investment opportunity but don't know where to start? 4 Homes 2 Freedom will show you the way.

ENROLL NOW

# Get the Foundations and Narrow in Your Niche

With the right tools and education, anyone can turn a single family home into cash flow, upwards of $10,000 or more of monthly income.




**RE101**

## Real Estate 101 and Why You Need to Get Started Today!

Never purchased a piece of real estate but ready to start cash flowing and get yourself some assets? RE101 by Lou Brown is the place to start, learn how to begin your career in real estate investing with this basic starter course on your first steps to your new future! So many have gained their riches in real estate, why not you too?! Begin today!

GET STARTED

VACATION RENTALS

## Learn How to Start or Scale Your Airbnb Business Using OTHER People's Properties




Meilani is a leader in the vacation industry, she shows entrepreneurs across the world how to invest in themselves, by giving themselves the gift of freedom – financially and personally – through investing in AirBnB vacation rentals. She has cracked the code on balancing work and life and wants to share with you how you can too!

GET STARTED

SENIOR HOUSING

## How to Generate $10k a Month Through Residential Assisted Living for Seniors!




Learn step-by-step how to capitalize on this remarkable opportunity. You will learn how to generate mega-cash flow, how to get twice the fair market rent with long-term, low-impact tenants and how to get a secure ROI.

GET STARTED

SHARED HOUSING

## No More Homeless by 2050 - Shared Housing is the Answer!




Frank & Sherri are here to break down your preconceived notions on how to provide affordable housing and feel good about it through group homes! They have a passion for the industry and focus their efforts entirely on working to give everyone in the US a safe place to live and a family environment where they can feel at home, in short they give solutions for people in need. This course will give you an introduction to their program and a step down the path to being your own business owner through group home options which range from Golden Girls model to Sober Living.

GET STARTED

STUDENT HOUSING

## Student Housing is the BEST & Most FUN Option for Real Estate in 2020!




Dixie is the Queen of Student Housing! She will teach you how to identify the right areas to invest in student housing, how to have simple follow up systems & how to hire the right staff members for a strong team! Don't miss your chance to learn how To Find the Perfect Seller & Properties Around Campus! Learn from the Queen today!

GET STARTED

*Thank you so much for the help and support you gave us! Your commitme turn two rentals into student rentals. We appreciate the value you gu*

ANDREW & JOSH

## Join 4 Homes 2 Freedom

~~$44~~ $ **4**

Limited Time Offer

Real Estate 101
Vacation Rentals
Senior Housing
And More...

Coming Soon!

Take advantage of this opportunity now!

# Take advantage of the 4 Homes 2 Freedom opportunity now!

## Meet Your 4 Homes 2 Freedom Instructors




LOU BROWN



MEILANI HOCK






GENE GUARINO






DIXIE DECKER



FRANK CANDELARIO






SHERRI CANDELARIO



## Take advantage of the 4 Homes 2 Freedom opportunity now!

ENROLL NOW

Phone: (480) 555-5555
Email: info@4homes2freedom.com

© 2020 4 Homes 2 Freedom. All rights reserved.

the real estate guys candelario - | 4 Homes to Freedom - The Shar

https://realestateguysradio.com/resources/special-reports/4-homes-to-freedom/

HOME LISTEN BLOG SUMMIT EVENTS RESOURCES MARKETS ASK THE GUYS FEEDBACK

Search... SEARCH




## SPECIAL REPORT ...

# 4 Homes to Freedom - The Shared Housing Formula

*Own an appreciating and cash flowing asset, while providing a significant service to the community!*

Shared group housing, is one of the **fastest real estate growth opportunities** in the national housing market.

Since 2015, **Frank and Sherri Candelario** have helped 600+ men and women build new lives through their mission to upend the traditional model of recovery housing.

Now they're helping real estate investors around the country **acquire homes to end homelessness** and **addiction** in their own cities.

Owning real estate while providing a safety net for people committed to change is a triple win for you, the clients and the community. And with triple the gross income and **10-20 times the net returns**, the reward is both social and financial!

## In this special report, you'll learn:

Type here to search 73°F Cloudy 10:47 AM 12/13/2021

Recovery Housing Academy - Frank & Sherri Candelario | The Real Estate Guys Radio Show

https://realestateguysradio.com/resources/network/recovery-housing-acade...

The Real Estate Guys™

HOME LISTEN BLOG SUMMIT EVENTS RESOURCES MARKETS ASK THE GUYS FEEDBACK

Search... SEARCH




RECOVERY HOUSING ACADEMY

Recovery Housing Academy™ is an **Impact Investing Opportunity** for socially-minded investors & operators.

Launched in 2020 by Sherri & Frank Candelario and Gene Guarino, Recovery Housing Acad
is America's premier training organization in this unique and specialized niche of opportunity.

Privacy - Terms

11:15 AM
Thursday
12/16/2021

What Is Shared Housing? | Recovery Housing Academy

https://recoveryhousingacademy.com

world through shared housing!

*"All of this will be part of a collaboration with Frank & Sherri to be able to provide a thousand houses across the country for people who are struggling with addiction."*

# RECOVERY HOUSING ACADEMY EVENTS

11:52 AM
Wednesday
12/15/2021

What Is Shared Housing? | Recovery Housing Academy

https://recoveryhousingacademy.com

potential to achieve double to triple returns paid by agencies and the government.

The federal government is spending billions of dollars on housing vulnerable people each year and is requiring those who house them to practice national standards. We teach you how to implement these standards.

Join us and others who are changing the world through shared housing!




8:11 PM
Thursday
12/16/2021

1/19/2022: LIVE IN PERSON Weekly Networking For

Register Sign In My Dashboard Contact Us

PROSPERITY *Through* REAL ESTATE

(PTRE)

Home | Join Now | Property List | Calendar of Events | Membership Info | Other Resources | My Account | View Cart | View More | Contact Us

⟵ Go to Calendar

# Shared Housing Academy

## with... Frank and Sherri Candelario

Shared Housing Academy

~~Tuesday, May 11, 2021~~

~~7:00 PM - 8:30 PM~~

~~Virtual ONLINE Event~~

Virtual Online Meeting!

FRANK CANDELARIO

Frank Candelario has extensive experience in non-profit management and real estate development. Frank started his career as Executive Director of nonprofit camps. In this capacity, Frank was responsible for property management, program management and people.

Frank has experience in international marketing of designer fashion. Frank was the owner of UltraLite Paddle Company, producing the world's best pickleball paddle. Both Frank and Sherri quickly learned that business people with an interest in having good real estate are the solution for helping people in need of quality housing.

Frank and Sherri teach students all over the country on how to provide shared housing in any state.

SHERRI CANDELARIO, Ph.D.

Sherri Candelario, Ph.D. earned her doctorate in pharmacology from the University of Washington Medical School. Sherri is an expert on how opioids work in the brain and

has authored several research papers in the field.
Sherri is a patent counsel and founded the patent practices in several pioneering biotech companies in Seattle and California.
Seattle is a hub of innovation and Sherri has been a part of developing data driven science for several companies that have gone public.
Sherri experienced the recovery house industrial complex when assisting a family member with housing post hospitalization. As an expert on opioids, she was appalled by both the housing and treatment of people in need of medical care for addiction. It was clear that housing providers preyed upon the poor. Sherri and Frank vowed to create housing that empowered people.
GENE GUARINO, CFP
Gene owns, operates and invests in Shared Housing – specifically Residential Assisted Living Homes throughout the US. He is the Founder of the AL Family of companies which includes:
• Family Legacy Homes
• Shared Housing Academy
• RAL Academy

• AL Network
• RAL National Association
• RAL National Convention
• RAL Charitable Foundation
The AL Family's motto is: "Do Good And To Do Well"
Gene speaks in over 50 cities and 5 countries on Shared Housing & Residential Assisted Living and the opportunities for business owners, operators, investors and entrepreneurs.
He has trained over 300,000 people over the past 30 years on topics ranging from real estate investing, starting your own business, entrepreneurship and he has focused exclusively on Shared Housing / Residential Assisted Living for the past 7 years.
He has hosted 3 radio shows and authored 4 books including:
"BLUEPRINT" - How To Start Your Own Residential Assisted Living Business and "The Insider's Guide To Investing In Senior Housing"
Gene has been married for 34 years, has 4 children and 2 grandchildren.

SHARED HOUSING ACADEMY
Shared Housing AcademyTM is America's premier training organization in this unique and specialized niche' of opportunity. Launched in 2020 by Sherri & Frank Candelario and Gene Guarino, Shared Housing AcademyTM has trained hundreds of investors, business owners and entrepreneurs in this new and exciting field of opportunity.
Solving the housing insecurity crisis by providing quality homes for those in need is the mission of Shared Housing AcademyTM.

# Product Offerings from the Event:

$1,997.00 - 3 Day Fast Track Shared Housing Virtual Bootcamp

**Date:** ~~Tuesday, May 11, 2021~~
**Time:** ~~7:00 PM - 8:30 PM~~

May
11

Add to Calendar

Google Calendar

Yahoo Calendar

**Members:** Free
**Non-Members:** Free

**Location:**
**Virtual ONLINE Event**

Previous Event

Next Event

## Contact Us

### Prosperity Through Real Estate

(818) 217-4630
8335 Winnetka Ave #103
Winnetka, CA 91306

### Follow Us

Select Language ▼

## Proud Chapter of National REIA

## Newsletter

Stay updated with Prosperity Through Real Estate.

Your Name Here..

Your Email Here..

Yes, Sign Me Up!

I'm not a robot

## Privacy and Security Policies

Your email will never be shared or sold to other members, vendors or any other third party without your consent.

Privacy Policy - Security Policy

STARFIELD TECHNOLOGIES VERIFIED & SECURED VERIFY SECURITY ®

## Disclaimer

www.ProsperityThroughRealEstate.com (Prosperity Through Real Estate) does not give legal, tax, economic, or investment advice. PTRE disclaims all liability for the action or inaction taken or not taken as a result of communications from or to its members, officers, directors, employees and contractors. Each person should consult their own counsel, accountant and other advisors as to legal, tax, economic, investment, and related matters concerning Real Estate and other investments.

Copyright 2022 © Prosperity Through Real Estate All rights reserved.

This REIA Website is powered by: Real Estate Promo.

# Product Details:

Back to Event Page

3 Day Fast Track Shared Housing Virtual Bootcamp



**Learn to properly invest in shared housing avenues so you can help solve housing insecurity for those directly affected**

Shared housing is a group living space in a residential setting. Examples of those that benefit from shared housing include (but are not limited to): people in recovery (sober homes), foster children aging out of the system, veterans, golden people, students, and those facing justice issues.

Shared Housing Academy is an Impact Investing opportunity for socially-minded investors & operators like you. We help you develop expertise in managing a group home and teach you how to purchase or repurpose homes in appreciating neighborhoods with the potential to achieve double to triple returns paid by agencies and the government.

The federal government is spending billions of dollars on housing vulnerable people each year and is requiring those who house them to practice national standards. We teach you how to implement these standards.

Join us and others who are changing the world through shared housing!

**Learn How in this 3 Day Fast Track LIVE Virtual Bootcamp May 21-23**

**Order Now: $1,997.00**

**Order Now!**

## Contact Us

Prosperity Through Real Estate

(818) 217-4630

8335 Winnetka Ave #103

Winnetka, CA 91306

## Follow Us

Select Language ▼

## Proud Chapter of National REIA

## Newsletter

Stay updated with Prosperity Through Real Estate.

Your Name Here..

Your Email Here..

Yes, Sign Me Up!

I'm not a robot

Case 2:21-cr-00321-SMB Document 33-2 Filed 01/21/22 Page 8 of 8

## Privacy and Security Policies

Your email will never be shared or sold to other members, vendors or any other third party without your consent.

Privacy Policy - Security Policy

STARFIELD TECHNOLOGIES VERIFIED & SECURED VERIFY SECURITY ®

## Disclaimer

www.ProsperityThroughRealEstate.com (Prosperity Through Real Estate) does not give legal, tax, economic, or investment advice. PTRE disclaims all liability for the action or inaction taken or not taken as a result of communications from or to its members, officers, directors, employees and contractors. Each person should consult their own counsel, accountant and other advisors as to legal, tax, economic, investment, and related matters concerning Real Estate and other investments.

Copyright 2022 © Prosperity Through Real Estate All rights reserved.

This REIA Website is powered by: Real Estate Promo.