# EXHIBIT 14

Michael Best

**Michael Best & Friedrich LLP**
**Attorneys at Law**
**Stephen J. Horace**
**T** 720.745.4870
**E** sjhorace@michaelbest.com

December 16, 2021

***Via Email art@bourquelaw.com***

Arthur J. Bourque, Esq.
Bourque Law Firm, P.C.
1819 East Morten, Suite 280
Phoenix, Arizona 85020

Re: Infringement by Recovery Housing Academy, LLC, RAL Academy, Mona Guarino, Isabelle Smith, et al. ("RHA Entities") of the Intellectual Property Rights of Sherri and Frank Candelario and associated entities (the Candelarios)

Attorney Bourque:

As you know, we represent Frank and Sherri Candelario , Ph.D. and Shared Housing Solutions, LLC, who you have named as defendants in a pending action filed in Maricopa County, Arizona, that we have since removed to the U.S. federal court for the District of Arizona, Phoenix Division. This case is styled *Recovery Housing Academy, LLC et al v. Frank Candelario, et al.,* Case No. 2:21-cv-02133-SMB ("Action").

As the parties agree, their relationship came to an end on November 19, 2021. *See* attached Termination Letter ("Term. Notice") that your clients requested and my clients provided. On that same date, I delivered a termination of IP Rights Notice ("IP Notice")(attached), confirming that your clients have no rights after November 19, 2021 to use the Intellectual Property rights of the Candelarios in connection with their business, including use of their names, likenesses, images, trademarks (*e.g.,* KATE'S HOUSE, KATE'S HOUSE FOUNDATION and SHARED HOUSING SOLUTIONS), original materials, and recordings that

present their images or materials. We received no response to the IP Notice, but the Candelarios were hopeful that the parties could part ways amicably. That hope disappeared with your filing of the Action, so we are not optimistic that the parties will resolve their dispute quickly. However, I did want to give you the courtesy (not extended to my clients), of a letter to demand that your clients cease and desist their blatant IP misappropriation and deceptive advertising, to avoid further escalation of this dispute.

It seems your clients believe that they have ownership rights in the Candelarios and all their property, and are not above misleading consumers into thinking that the Candelarios will continue to appear and present at future RHA events. Here is just one egregious example: Recovery Housing Academy - Frank & Sherri Candelario | The Real Estate Guys Radio Show. *See also* the attached screen shots taken today from the RHA website, prominently showing Frank and Sherri and suggesting that they are still associated with RHA. It is becoming clear that this is a deliberate strategy rather than an oversight; and that your clients have consciously decided to engage in a comprehensive misappropriation of the Candelarios' teaching materials and reputation that the Candelarios created and brought into the relationship. For just a partial example, *compare* the documents that RAL copied from the Candelarios' hard drive for use with these presentations (attached as "Shared Housing Documents- Current and Suggested Edits, part 1 (certification) and part 2 (student materials)) *with* the documents that the RHA Entities continue to sell to students, share and promote to the public in connection with these presentations and a home study course (*See* attached Recovery Housing Academy Update and Zip file). As you can see, not only is this a theft of the Candelarios' original materials (your clients have no background or experience in this field, and neither did Gene Guarino), but many of the RHA materials continue to reference and depict the Candelarios and their Kate's House and Shared Housing Solutions trademarks.

This must stop, one way or another. By no later than Monday, please take down the linked advertising above, the misleading website material and any similar materials falsely suggesting the participation or endorsement of the Candelarios in RHA programs, and cease and desist all use of the original materials that the Candelarios created to present their Shared

Housing programs (which they presented for several years before any association with your clients) and any other materials bearing their trademarks, names or likenesses.

Absent your confirmation Monday that your clients have taken, or are in the process of expeditiously taking the steps demanded above, we will have no choice but to turn to the Court for relief.

We look forward to your response,

Sincerely,

Michael Best

**MICHAEL BEST & FRIEDRICH LLP**

Stephen J. Horace
Partner

Cornerpoint Law

Stacia R. Hofmann, Attorney
206-693-2718
stacia@cornerpointlaw.com

**VIA EMAIL AND PRIORITY MAIL**

November 19, 2021

Emmanuel Guarino, Chief Executive Officer
Isabelle Smith, Chief Operating Officer
Mona Guarino
Residential Assisted Living Academy
315 W. Elliot Rd., Suite 107-605
Tempe, AZ 85284

RE: Sherri Candelario and Frank Candelario
*Termination Letter*

Dear Mr. Guarino, Ms. Smith, and Ms. Guarino:

Please be advised that I represent Sherri Candelario, Ph.D., ("Sherri") and Frank Candelario ("Frank") as it relates to their independent contractor agreements with Residential Assisted Living Academy ("RAL Academy").

Upon RAL Academy's urgent requests for Sherri and Frank to immediately terminate their agreements after RAL Academy founder Eugene Guarino's ("Gene") unexpected passing last month, Sherri and Frank hereby submit this termination letter. It has been a very difficult time, and it is clear that absent Gene's involvement, the independent contractor agreements have been irreversibly frustrated and no longer serve their purposes.

**TERMINATION DATE**

Sherri and Frank agree to a termination date of November 19, 2021. They revoke any and all licenses or alleged licenses effective immediately.

**TERMINATION OF SERVICES**

Since Gene's passing, new leadership at RAL Academy has attempted to control how Sherri and Frank speak, teach, coach and mentor. The United States Supreme Court and the Washington Supreme Court have, for decades, recognized that "an independent contractor is a person who contracts with another to do something for him but who is not controlled by the other nor subject to the other's right to control with respect to his physical conduct in the performance of the undertaking." *Logue v. United States*, 412 U.S. 521, 527 n.5 (1973); *Hollingbery v. Dunn*, 68 Wn.2d 75, 79-80, 411 P.2d 431 (1966).

Sherri’s and Frank’s independent contractor relationships do not allow the level of control that RAL Academy is now trying to assert. In light of this, and the mutual termination of the agreements, the December Recovery Housing Academy virtual course offered by RAL Academy should be cancelled, and RAL Academy should transfer its active students to other coaches. Sherri and Frank should not be providing any further services, and the relationship should be severed immediately.

Furthermore, Sherri and Frank **do not** consent to further presentation or use of their names, images, videos, trademarks, materials or other intellectual property owned by Sherri, Frank, their various businesses, and Kate’s House Foundation®. Effective as of this termination date, all licenses and rights to use any such materials, the names or likenesses of Sherri and Frank, or the trademarks owned by them or Kate’s House Foundation® are revoked. Indeed, RAL Academy will or has received a separate letter from intellectual property counsel for Kate’s House Foundation®, Sherri, and Frank providing more details on this prohibition against further use of these intellectual property rights owned by Sherri, Frank, their various businesses, and/or Kate’s House Foundation®.

**ALLEGED NONCOMPETITION COVENANT**

In January 2020, the Washington legislature expanded protection from unreasonable noncompetition clauses to independent contractors. Companies that require independent contractors to sign unenforceable noncompetition clauses, or who try to enforce or even partially enforce illegal noncompetition clauses, are liable to independent contractors for damages and must also pay independent contractors their attorneys’ fees. The alleged noncompetition clauses in Sherri’s and Frank’s contracts are void and unenforceable. RCW Ch. 49.62; *see also Copier Specialists, Inc. v. Gillen*, 887 P.2d 919, 76 Wn. App. 771 (1995).

We trust that the above is an agreeable resolution and that the parties can immediately go their separate ways. If you would like to discuss the contents of this letter, please contact me directly rather than contacting Sherri or Frank. Sherri and Frank hope for healing as they keep Gene’s warmth in their thoughts and memories.

Very truly yours,

Stacia Hofmann

cc: Jim Guarino (via email only)
David Guarino (via email only)
Sherri Candelario, Ph.D.
Frank Candelario
Stephen Horace

Mailing Address:
PMB 210
10002 Aurora Ave. N. #36
Seattle, WA 98133

Michael Best

Michael Best & Friedrich LLP
Attorneys at Law
Stephen J. Horace
T 720.745.4870
E sjhorace@michaelbest.com

November 19, 2021

Via Email

Emmanuel Guarino, Chief Executive Officer
Isabelle Smith, Chief Operating Officer
Mona Guarino
Residential Assisted Living Academy
315 W. Elliot Rd., Suite 107-605
Tempe, AZ 85284

Re: Termination of Rights to Use Intellectual Property of Sherri Candelario, Frank Candelario, Kate's House Foundation, Shared Housing Solutions, LLC and Shared Housing Solutions Manager, LLC ("IP Owners")

Dear Mr. Guarino, Ms. Smith, and Ms. Guarino:

We represent the IP Owners set forth above on intellectual property matters. Pursuant to the Termination Letter that you requested that was delivered today (a copy of which is attached), please be advised that all license and authority for Residential Assisted Living Academy and its employees, agents and affiliates (collectively, "RAL Academy") to use any of the intellectual property rights of the IP Owners, including their trademarks, original materials, likenesses, images, names, and recordings in which they or their materials appear, will cease at the conclusion of the termination date set forth in the Termination Letter, November 19, 2021. A nonexclusive list of these intellectual property rights ("IP Rights") is attached as Exhibit A.

We expect that, pursuant to the termination, you will promptly remove and cease use of all the materials that contain IP Rights of the IP Owners promptly after the termination takes effect at midnight tonight PST. Continued use of these materials will constitute copyright infringement, trademark infringement, false designation or origin, unfair competition, and other commercial torts. If necessary, IP Owners will take action to prevent unauthorized use of their IP Rights and obtain compensatory and deterrence awards to prevent and remedy any such unauthorized use.

We hope and expect an amicable termination in which you take appropriate action to avoid unauthorized use and infringement of any of the IP Owners' IP rights.

Michael Best



Thank you for your anticipated cooperation.

Sincerely,

Stephen J. Horace
Partner

cc: Jim Guarino (via email only)
David Guarino (via email only)
Sherri Candelario, Ph.D. (via email)
Frank Candelario (via email)
Stacia R. Hoffman, Esq. (via email)

**EXHIBIT A**

**RELEVANT INTELLECTUAL PROPERTY OF KATE'S HOUSE FOUNDATION, SHARED HOUSING SOLUTIONS MANAGER, LLC AND SHERRI AND FRANK CANDELARIO**

1) The registered, pending and common law Kate's House and Shared Housing Solutions trademarks, including but not limited to:

KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304270

KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304269

KATE'S HOUSE, U.S. Reg. No. 6304268

KATE'S HOUSE, U.S. Reg. No. 6304267

SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072531

SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072507

SHARED HOUSING SOLUTIONS, U.S. Ser. No. 97066284

2) The name and images of Sherri Candelario and Frank Candelario ("Candelarios")

3) Any materials that the Candelarios', Shared Housing Solutions Manager, LLC, Kate's House Foundation, Shared Housing Solutions, LLC or their employees, representatives or agents (collectively, "IP Owners") created and shared or otherwise made available to Residential Assisted Living ("RAL") Academy.

4) All written materials that the Candelarios' or any IP Owner created on how to identify, purchase and manage a shared home, including applications, house rules, and materials concerning how to manage a home and how to identify appropriate homes.

5) Any training sessions or presentation materials or recordings in which one or more of the Candelarios' or their materials are used or appear.

6) Any of the above materials that appear in any RAL Academy (or related person or entity) communications, advertising, promotion or materials or on any website or social media or other communications outlet of any kind.

7) Any materials that suggest any relationship between RAL Academy and any of the IP Owners (including Kate's House Foundation, Shared Housing Solutions Manager, LLC, Shared Housing Solutuons, LLC and Frank or Sherri Candelario).

Cornerpoint Law

Stacia R. Hofmann, Attorney
206-693-2718
stacia@cornerpointlaw.com

**VIA EMAIL AND PRIORITY MAIL**

November 19, 2021

Emmanuel Guarino, Chief Executive Officer
Isabelle Smith, Chief Operating Officer
Mona Guarino
Residential Assisted Living Academy
315 W. Elliot Rd., Suite 107-605
Tempe, AZ 85284

RE: Sherri Candelario and Frank Candelario
*Termination Letter*

Dear Mr. Guarino, Ms. Smith, and Ms. Guarino:

Please be advised that I represent Sherri Candelario, Ph.D., ("Sherri") and Frank Candelario ("Frank") as it relates to their independent contractor agreements with Residential Assisted Living Academy ("RAL Academy").

Upon RAL Academy's urgent requests for Sherri and Frank to immediately terminate their agreements after RAL Academy founder Eugene Guarino's ("Gene") unexpected passing last month, Sherri and Frank hereby submit this termination letter. It has been a very difficult time, and it is clear that absent Gene's involvement, the independent contractor agreements have been irreversibly frustrated and no longer serve their purposes.

**TERMINATION DATE**

Sherri and Frank agree to a termination date of November 19, 2021. They revoke any and all licenses or alleged licenses effective immediately.

**TERMINATION OF SERVICES**

Since Gene's passing, new leadership at RAL Academy has attempted to control how Sherri and Frank speak, teach, coach and mentor. The United States Supreme Court and the Washington Supreme Court have, for decades, recognized that "an independent contractor is a person who contracts with another to do something for him but who is not controlled by the other nor subject to the other's right to control with respect to his physical conduct in the performance of the undertaking." *Logue v. United States*, 412 U.S. 521, 527 n.5 (1973); *Hollingbery v. Dunn*, 68 Wn.2d 75, 79-80, 411 P.2d 431 (1966).

Mailing Address:
PMB 210
10002 Aurora Ave. N. #36
Seattle, WA 98133

Sherri's and Frank's independent contractor relationships do not allow the level of control that RAL Academy is now trying to assert. In light of this, and the mutual termination of the agreements, the December Recovery Housing Academy virtual course offered by RAL Academy should be cancelled, and RAL Academy should transfer its active students to other coaches. Sherri and Frank should not be providing any further services, and the relationship should be severed immediately.

Furthermore, Sherri and Frank **do not** consent to further presentation or use of their names, images, videos, trademarks, materials or other intellectual property owned by Sherri, Frank, their various businesses, and Kate's House Foundation®. Effective as of this termination date, all licenses and rights to use any such materials, the names or likenesses of Sherri and Frank, or the trademarks owned by them or Kate's House Foundation® are revoked. Indeed, RAL Academy will or has received a separate letter from intellectual property counsel for Kate's House Foundation®, Sherri, and Frank providing more details on this prohibition against further use of these intellectual property rights owned by Sherri, Frank, their various businesses, and/or Kate's House Foundation®.

**ALLEGED NONCOMPETITION COVENANT**

In January 2020, the Washington legislature expanded protection from unreasonable noncompetition clauses to independent contractors. Companies that require independent contractors to sign unenforceable noncompetition clauses, or who try to enforce or even partially enforce illegal noncompetition clauses, are liable to independent contractors for damages and must also pay independent contractors their attorneys' fees. The alleged noncompetition clauses in Sherri's and Frank's contracts are void and unenforceable. RCW Ch. 49.62; *see also Copier Specialists, Inc. v. Gillen*, 887 P.2d 919, 76 Wn. App. 771 (1995).

We trust that the above is an agreeable resolution and that the parties can immediately go their separate ways. If you would like to discuss the contents of this letter, please contact me directly rather than contacting Sherri or Frank. Sherri and Frank hope for healing as they keep Gene's warmth in their thoughts and memories.

Very truly yours,

Stacia Hofmann

cc: Jim Guarino (via email only)
David Guarino (via email only)
Sherri Candelario, Ph.D.
Frank Candelario
Stephen Horace

Mailing Address:
PMB 210
10002 Aurora Ave. N. #36
Seattle, WA 98133

Recovery Housing Academy - Frank & Sherri Candelario | The Real Estate Guys Radio Show

https://realestateguysradio.com/resources/network/recovery-housing-acade...

HOME LISTEN BLOG SUMMIT EVENTS RESOURCES MARKETS ASK THE GUYS FEEDBACK

Search... SEARCH

# Recovery Housing Academy
# Frank & Sherri Candelario

*Join the mission to solve the housing insecurity crisis by providing quality homes for those in need!*

RECOVERY HOUSING ACADEMY

Recovery Housing Academy™ is an **Impact Investing Opportunity** for socially-minded investors & operators.

Launched in 2020 by Sherri & Frank Candelario and Gene Guarino, Recovery Housing Acad
is America's premier training organization in this unique and specialized niche of opportunity.

Privacy - Terms

11:15 AM
Thursday
12/16/2021

What Is Shared Housing? | Recovery Housing Academy

https://recoveryhousingacademy.com

Join us and others who are changing the world through shared housing!

*"All of this will be part of a collaboration with Frank & Sherri to be able to provide a thousand houses across the country for people who are struggling with addiction."*

## RECOVERY HOUSING ACADEMY EVENTS

11:52 AM
Wednesday
12/15/2021

What Is Shared Housing? | Recovery Housing Academy
https://recoveryhousingacademy.com

potential to achieve double to triple returns paid by agencies and the government.

The federal government is spending billions of dollars on housing vulnerable people each year and is requiring those who house them to practice national standards. We teach you how to implement these standards.

Join us and others who are changing the world through shared housing!




8:11 PM
Thursday
12/16/2021

## Heersink, Linda K (70028)

**From:** Horace, Stephen J (74870)
**Sent:** Thursday, December 16, 2021 7:36 AM
**To:** Horace, Stephen J (74870)
**Subject:** FW: Shared Housing Documents- Current and Suggested Lists
**Attachments:** Shared Housing Academy Documents.docx

---------- Forwarded message ---------
From: **Bekah Guarino** <bekah@ralacademy.com>
Date: Thu, Jan 21, 2021 at 10:01 AM
Subject: Shared Housing Documents- Current and Suggested Lists
To: Frank Candelario <frank.candelario2014@gmail.com>, Sherri <sherri.candelario2014@gmail.com>
Cc: Isabelle Guarino <isabelle@ralacademy.com>

Hi Frank & Sherri,

I went through the OneDrive and wrote out all of the current documents included on there that could be included in the membership site for new students!

The document below is broken up into 4 parts:
1. Certification (the documents that were in the certification folder)
2. Student Materials (Same for Student Materials Folder)
3. Gene's Documents that could be used
4. Potential Documents to Create or Cultivate (These are suggestions I had of other documents that could be helpful for students to have)

For the docs listed under sections 1-3, I was thinking it could be very helpful that if for each document it was listed next to it what types of shared housing it would be applicable for. I know there might be some overlap but as an example:

Ex. "Consent to Procedure and Access to Medical Records" - applicable for Recovery Homes, etc. (list all that apply)

If we could have it where someone could search based off the type of shared home they were looking to do and it could pull up all relevant documents that would be great! Let me know if any questions on what I'm asking for there.

These are just ideas after looking through everything - I'm sure there is a lot more we could even do but this is a great start what you two have already uploaded that we can get onto the first draft of the membership site :)

--
**Bekah Guarino**
Operations Director at RAL Academy
Main Office Line: 480-704-3065 ext. 1
bekah@ralacademy.com

--

Sherri Candelario, Ph.D.
Patent Agent
Biotechnology Patents

206 743-5649 mobile

sherri.candelario2014@gmail.com

This message and any attachments may constitute protected and confidential communications and confidential work-product, but is not intended to reflect legal advice. If you are not a named recipient, please delete and destroy all copies and notify the sender. Thank you.

**SHARED HOUSING ACADEMY DOCUMENTS:**

**Certification:**

- Authority for Release of PHI under HIPAA
- Example Brochure (Recovery Home)
- Example Business Card
- Consent to Procedure and Access to Medical Records
- Model Resolution (related to charity donations)
- **Rights for Individuals on Medication Assisted Treatment ("Know Your Rights" - not original pulled from US DHHS)
- National Alliance for Recovery Residences Code of Ethics "NARR"
- NARR Standard 3.0 (Checklist to ensure recovery home is up to standard)
- Peer Mentor Example Job Description
- **Residents Rights Statement
- **Consent for Release of Information

**Student Materials:**

- Letter Affirming Volunteer Hours
- Step by step action plan
- Application Short -Template
- Example Craigslist posting for sober recovery home
- Daily Check in with your residents Example
- Empowerment Plan Document
- Group Homes Information Handout Example
- House Rules Example for Recovery Homes
- Residential Agreement (Lease Agreement)
- **Rights for Individuals on Medication Assisted Treatment ("Know Your Rights" - not original pulled from US DHHS)
- Alliance of Nonprofits for Insurance -General Application (info needs to be removed*)
- Task list for Peer Mentor
- **Residents Rights Statement
- Example Business Plan (not their own - provided on SBA.gov??)
- Invoice Template
- Script to Make an Appointment with the Housing Authority
- **Consent for Release of Information
- Trades Related Apprenticeship Coaching Example Program Brochure
- Vehicle Lease Agreement Template
- Weekly Chore Schedule Template

**** = Appears in two sections**

**Gene's Docs that Can be Used:**

- Acknowledgement of Handbook (for employees)
- Crowd Funding #1
- Examples of Court Cases Giving Power Over HOA
- The Fair Housing Amendments Act of 1988
- Fair Housing Info
- Group Homes and Zoning FHA
- Working with Bankers and Private Money Lenders (RAL Academy)
- Legal Documents
- Private Lender List ??? (They were told RAL?)
- Regulating Groups Homes in the 21st Century
- Sample Final Accounting Document
- Sample Rate Increase Notice

**Potential Documents to Create or Cultivate:**

1. Links to State Regulations (will require lots of research- this will take some time for us to get)

2. Genworth cost of care (is there a section that discusses averages based on states/cities for different types of shared housing?)

3. Policies & Procedures (Necessary? Different for each type of home)

4. Marketing document (how to get residents- could be specific to each individual type of home)

5. Sample weekly menu

6. Resources sheet (with 3rd party companies or government agencies that are necessary to be in touch with or have products that are helpful for specific types of shared homes)

7. Financial Analysis Worksheets (Made appropriate for Shared housing -could be multiple)

8. Due Diligence Checklist (For each specific type of shared housing endeavor what needs to be identified, is there a specific type of zoning or regulations, etc?)

9. Another great thing to build up to help with support is FAQ & Tutorial videos. Could be about Site selection, filling the homes, dealing with family members or staff, you name it - whatever questions you frequently get to help offset support hours needed! :)

**Heersink, Linda K (70028)**

**From:** Horace, Stephen J (74870)
**Sent:** Thursday, December 16, 2021 6:54 PM
**To:** Horace, Stephen J (74870)
**Subject:** 3rd & Final Attempt to Alert You: Recovery Housing Academy Update

----- Forwarded Message -----
**From:** Krista RHA Admin <krista@recoveryhousingacademy.com>
**Sent:** Monday, December 13, 2021, 07:09:54 AM MST
**Subject:** 3rd & Final Attempt to Alert You: Recovery Housing Academy Update

RECOVERY HOUSING ACADEMY

## Major Recovery Housing Academy Update!

Hi! We have sent this email to you 3 times and just wanted to make sure you received it and let you know this is the final attempt for us to alert you to these changes. There is nothing you need to do on your end, we just want to make sure everything is clear and has been communicated to you properly.

This email communication is to update you on some big & exciting news around here!

First, sadly, the Recovery Housing Academy is no longer associated with Frank and Sherri Candelario. Due to legal reasons, that is all the information we can share at this time.

**But don't worry we've got you covered with above and beyond value on your Platinum or Gold investment!**

We have built out an incredible new support team for you headed up by a Recovery Housing Expert, Ms. CarlaLee! She currently owns and operates a home for vets in New Mexico, in the

past she owned and operated 9 care homes for seniors. She is extremely knowledgeable about location selection, building relationships, marketing and how to launch a successful business!

Rounding out the support team are experts Jim & Josh! Both are incredible at starting new small businesses, especially in regards to marketing, filing the home, raising capital and dealing with unruly residents. Brian & Michelle are also on your team now, they are lawyers from Colorado who are absolute experts in dealing with Fair Housing, residency agreements and how to conduct your business in a proper and legal manor.

**They are all so excited to meet you all and work with each of you one on one! This team is rock solid and are so thrilled to help you in your journey to changing the world through recovery housing!**

Their calendars are officially open and they are ready to help you accomplish all your Recovery Housing goals! The new support team will be formally introduced to you at the upcoming Inner Circle Zoom meeting for those of you who have not met them in the past. Carla Lee, Michelle, Brian, Josh & Jim cannot wait to help in your journey to changing the world through shared housing. They have all been trained on Recovery Housing techniques and they are prepared to support you in your journey. We will also be welcoming new support team members in the near future so be on the lookout! For now, these three experts will be there to support you in your journey each and every day!



On top of having support covered and expanded we also are adding a ton of new support documents that will help you progress along your Recovery Housing journey!

We re-vamped all the business system documents including but not limited to:

- Authority for Release of PHI under HIPAA
- Example Brochures
- Example Business Card
- Consent to Procedure and Access to Medical Records
- Model Resolution (related to charity donations)
- Peer Mentor Example Job Description
- Residents Rights Statement
- Consent for Release of Information
- Letter Affirming Volunteer Hours
- Application Template
- Example Craigslist Posting For Sober Recovery Home
- Daily Check in With Your Residents Example
- Empowerment Plan Document
- Group Homes Information Handout Example
- Legal Documents
- Working with Bankers & Private Money Lenders
- Script to Make an Appointment with Housing Authority
- House Rules Example for Recovery Homes
- Residential Lease Agreement
- Task List for Peer Mentor
- Example Business Plan
- Invoice Template
- Vehicle Lease Agreement Template
- Weekly Chore Schedule Template
- Acknowledgement of Handbook (For Employees)
- Regulating Groups Homes in the 21st Century

- Sample Final Accounting Document
- Sample Rate Increase Notice
- Private Lender List
- Step by step Action Plan

**We want to enhance your experience and we are thrilled to be able to give you MORE and MORE over the coming weeks!**

Over the last two weeks, we updated every single document on the membership site and we added 5 new documents!

- State policy guide for Supporting Recovery
- Recovery Residences Guidelines
- 11 Funding Sources
- Recovery Housing 101 - NARR Guidelines
- 10 Step Guide to Getting a Grant

You still have full access to the profitability calculator and of course, we will still host the Inner Circle Zoom meetings! And, as always they will be an incredible monthly opportunity for you to network with each other as well as consult with experts on how to achieve your end goal. We have a lot of incredible guest speakers like tax experts who will educate on topics like how to properly create your non-profit, marketing mavens to help you build your website and marketing materials, lawyers who help make sure fair housing laws are being practiced correctly, and many more!

**We can't wait to show you what we've been working on!**

We look forward to helping you accomplish opening your first of your many soon to come recovery homes!

Please reach out if you have any additional questions :)

Sincerely,

*The Recovery Housing Team*

Unsubscribe

Shared Housing Academy 315 W. Elliot Rd. Suite 107-605 Tempe, Arizona 85284 United States (480) 708-7697