Stephen J. Horace (*admitted pro hac vice*)
MICHAEL BEST AND FRIEDRICH LLP
1776 Lincoln Street, Suite 1100
Denver, Colorado 80203
Telephone: (702) 745-4870
sjhorace@michaelbest.com

Todd Feltus (#019076)
Daniel P. Crane (#030623)
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
tfeltus@kfcfirm.com
dpc@kfcfirm.com

Attorneys for Candelario Counterclaim Plaintiffs Frank Candelario, Sherri Candelario, and Shared Housing Solutions, LLC

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Recovery Housing Academy, LLC, an Arizona limited liability company; RAL Academy LLC, an Arizona limited liability company; Mona Guarino; and Isabelle Guarino,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>Frank Candelario and Sherri Candelario, husband and wife; Shared Housing Solutions, LLC,<br><br>Defendants/Counterclaim Plaintiffs | Case No. 2:21-cv-02133-SMB<br><br>**DECLARATION OF SHERRI CANDELARIO IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Sherri Candelario, declare and make the following statements under penalty of perjury:

1. I am over the age of 18 and competent to testify as to the facts set forth below.

2. Since 2016, my husband Frank Candelario and I have created, developed and refined a shared housing model and system for appreciating homes in safe neighborhoods, eliminating housing insecurity, that we call the Kate's House Model (Shared Housing Model). In this innovative system, people in recovery from substance use disorder and men and women with housing insecurities share a house using the Kate's House system and rules. More information about the innovative Kate's House Model is available at www.kateshousefoundation.org.

3. We were among the first to provide homes to fully support medically assisted treatment for people with dual diagnoses of mental health issues and substance use disorder. Ours were among the first homes who did not force people to leave housing for breaking house rules or relapse.

4. Instrumental to our success, we created the shared housing model to allow real estate investors to purchase single family homes that cash-flow up to 10 times typical net rent and provide a new model for shared housing that builds communities. The higher-than-average rents from shared housing incentivizes investors to provide funds for new housing.

5. We have become the preeminent national teachers for investment in shared recovery housing using our innovative Kate's House Shared Housing model.

6. The development of our media for our shared housing PowerPoint presentations dates back several years. The presentations that we created to teach and to market to real estate investment groups include photos and videos we created that depict our homes, personal history and photos of our daughter Kate. Our experience with Kate was the motivation to start Kate's House Foundation in 2015 to change the paradigm for recovery housing in the U.S.

7. We created Shared Housing Solutions LLC to serve as the investment arm for our Kate's House Foundation and related projects.

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

8. Following our Kate's House Model, we have become highly sought-after speakers and national experts in the field of shared housing, including shared housing purchase, development, investment and operations.

9. We were inducted into the "Investor Hall of Fame" in 2016 by Elite Legacy Real Estate Education, an international body that provides real estate education at symposiums.

10. In 2017, Elite Legacy Education asked us to develop a curriculum to teach others the "Shared Housing" model we created and developed. We wrote the curriculum for a three-day class entitled "Shared Housing: Social Housing Strategies for Good," along with a comprehensive manual, a PowerPoint and 45 support documents for our students, including the three-day class agenda, house rules and marketing materials that are instrumental for success.

11. We taught the class we developed nationally at three-day live symposiums and 30-hour online classes that we presented from July, 2018 – March, 2020, when Elite Legacy Education went on hiatus during the pandemic.

12. After Elite Legacy Education became dormant, we retained our teaching materials, while continuing to teach by Zoom.

13. Frank and I authored and own our original copyrighted shared housing materials ("Candelario Copyrighted Teaching Materials") that include, but are not limited to the following:

a. HOUSING FOR SOCIAL GOOD, U.S. Copyright Reg. No. TX0009056716;

b. Shared Housing Strategies Presentation 2018, U.S. Copyright Reg. No. TX 9-055-057;

c. Shared Housing Strategies Presentation 2021, U.S. Copyright Reg. No. TX 9-055-056;

d. Student Materials for Social Housing Strategies: Investing for Profit and Purpose, U.S. Copyright Reg. No. TX 9-055-055.

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

Copies of these registrations were filed with our Counterclaims (Dkt. 39) as Exhibits 1-4 (Dkts. 39-001 through 39-004).

14. We or our companies, Kate's House Foundation and Shared Housing Solutions, LLC, own our trademarks that include the following ("Candelario Trademarks"):

a. KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304269;

b. KATE'S HOUSE FOUNDATION and Design, U.S. Reg. No. 6304270;

c. KATE'S HOUSE, U.S. Reg. No. 6304268;

d. KATE'S HOUSE, U.S. Reg. No. 6304267;

e. SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072531;

f. SHARED HOUSING SOLUTIONS and Design, U.S. Ser. No. 97072507;

g. SHARED HOUSING SOLUTIONS, U.S. Ser. No. 97066284.

Copies of these registrations and pending applications were filed with our Counterclaims (Dkt. 39) as Exhibits 5-11 (Dkts. 39-005 through 39-011).

15. We have built the goodwill and value of the Candelario Trademarks nationally over the course of the last seven years and have acquired distinctiveness in these marks through their broad use in commerce nationally, through our interstate shared housing work and teaching that makes extensive use of these marks, and through unsolicited publicity and media coverage about the social good and profitable business opportunities represented by these marks.

16. In September 2020, we began discussions with RHA/RALA principal, Gene Guarino, about a possible independent contractor relationship in which we would teach classes at RALA.

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

17. To help explore this possible business relationship, we shared with Gene and Isabelle Guarino on October 8, 2020 several documents that Frank Candelario and I had created, including: (i) a PowerPoint that we had developed called "Long Term Care - Adult Family Homes" that we taught to classes on shared housing; (ii) a summary of our training of private students; and (iii) the outline of a book we were writing on Social Housing Strategies to teach shared housing (which we published this month).

18. On February 2, 2021, Frank Candelario and I entered into separate Independent Contractor Agreements ("IC Agreements") with entities controlled by the Gene Guarino family, including Recovery Housing Academy, LLC f/k/a Shared Housing Academy and RAL Academy LLC ("RHA/RALA") to present shared housing classes and provide coaching, with no set schedule or term.

19. The IC Agreements include a limited license for the RHA Parties to use the Candelario Parties' trademarks KATE'S HOUSE FOUNDATION and KATE'S HOUSE and derivatives of those names in connection with shared housing programs during the unspecified term of the IC Agreements.

20. The IC Agreements do not include any transfer of the intellectual property rights of any party, or a license to use any other party's intellectual property rights after the termination of the IC Agreements.

21. Gene Guarino orally assured us that he did not claim any rights or interest in the materials that we had prepared or authored that were incorporated into the RHA materials.

22. Pursuant to the IC Agreements and in preparation for those agreements, we shared with the RHA Parties a hard drive we owned that contained our PowerPoint presentation and other shared housing presentation materials we had created, which the RHA Parties copied. Both parties understood that these materials we created and owned by us and could be used only in connection with the shared recovery housing programs we presented while the IC Agreements were in effect.

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

23. Pursuant to the IC Agreements, we provided and presented our original teaching materials with slight stylistic modifications in 3-day RHA/RALA classes held in Arizona in February, May, July, and August, 2021. We also presented the 3-day class in Palm Harbor, Florida in October 2021, in our state-of-the-art studio.

24. For each of the shared housing classes and for related coaching and consultation services, RHA featured and promoted Frank Candelario and me, including use of our names, likenesses, images, trademarks and personal story. Gene Guarino and RHA promoted the opportunity to learn from us as the key feature of our shared housing program, despite the fact that we were not obligated to perform any particular services for any particular period of time under our IC Agreements. Examples of this RHA's promotion of our names, images and experience are referenced in the Declaration of Frank Candelario (Dkt. 37 at ¶ 7-8) at 37-001 through 37-003.

25. Some students who took one of the classes signed up for coaching. At the conclusion of the three-day RALA/RHA shared housing classes, RALA pitched the availability of coaching from us for a substantial additional fee of up to $30,000, even though the IC Agreements did not require us to perform any particular service for any particular time and we had the right to cease our independent contractor services at any time, and even though their coaching contracts with RHA/RALA did not specify any particular RHA/RAL coaches.

26. After the unexpected death of the principal of RHA/RALA Gene Guarino in October, 2021, our relationship with RHA/RALA quickly deteriorated, and the parties on November 11, 2021 discussed a termination of the IC Agreements.

27. In that call, Isabelle Guarino asked, "Do you guys want to write up, like, a termination letter?" I responded "Yeah…I can put something together that is pretty detailed…probably within the next week or so."

28. On Thursday, November 18, 2021, Isabelle Guarino asked, "Can I expect to see the termination letter with your terms by the end of the week? Is that possible?" I responded: "When we spoke last week, this termination letter was due at the end of this

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

week. We have it almost complete. Should I make the contract termination dated November 19, 2021?" Three hours later, Isabelle Guarino responded, "The 19th should work just fine." See Exhibit 1.

29. The next day, we submitted the requested termination letter with the November 19th termination date agreed by the parties. In it, we suggested that the December class should be cancelled and that RHA/RALA should use new coaches to fulfill RHA's coaching contracts with students. See Exhibit 2. For clarity, we also provided a notice making clear our position that the RHA/RALA rights to use the intellectual property, trademarks, names or images of the Candelarios or our companies Shared Housing Solution, LLC and Kate's House Foundation, end with the termination of the IC Agreements. See Exhibit 3.

30. Neither RHA, nor RALA, nor any of the Guarino family substantively responded to either the termination letter or the IP rights termination notice, or proposed any modifications to the terms we proposed. The December class was cancelled, and we were never paid for that event, contrary to statements made by Isabelle Guarino Smith in her declaration and verified Complaint.

31. We were advised by persons close to RHA/RALA that the Guarinos wanted to "take over" the shared housing education space and cut us out, but continue to use our materials.

32. After the agreed November 19, 2021 termination of our relationship with RHA/RALA, we discovered RHA/RALA were continuing to use our names, images and likenesses to promote their services and products. See, for example, the post-November, 2021 materials attached as Exhibits 4 and 7.

33. When our attorney brought these infringements to the attention of the RHA/RALA counsel, he advised that RHA/RALA were working to remove our names and our companies' names from RHA/RALA materials and website, thereby removing both the source identification and the branding from such materials to falsely make them look like they were RHA's original content. He also explicitly claimed that RHA/RALA

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

"believes it has rights to use" the three day class content, which consists primarily of our original materials, and that RHA/RALA "believes it is appropriately using content to perform coaching and consulting," which had consisted primarily of our original materials. See Exhibits 5 and 6.

34. Despite the termination of our IC Agreements, RHA/RALA is attempting to continue shared housing classes and coaching without our participation, and attempting to do so by continuing to use our original materials, names, likenesses, and trademarks.

35. In addition to the materials cited above, the "content to perform coaching and consulting" referenced by the RHA counsel refers to a "downloadable back office" of the RHA website of shared housing materials made available to all shared housing coaching students. This material, both before and after the termination of the IC Agreements, consists primarily of our original teaching material, including the Candelario Copyrighted Teaching Materials, as well as our names, likenesses and trademarks. This includes our materials listed on the attached Exhibit 7. RHA and RALA have no right to continue to use such content.

36. The continued use by RHA/RALA of our intellectual property, including the Candelario Copyrighted Teaching Materials, and the continued use by RHA/RALA of our trademarks, names and images, is causing us irreparable harm by falsely associating us with an inexperienced and diminished entity that we no longer support, by creating confusion about a continued relationship between us and RHA/RALA, by eroding the reputation that we and Kate's House Foundation and Shared Housing Solutions, LLC have painstakingly built brick-by-brick over the last seven years, by creating uncertainty about the source, authorship and credibility of our materials, by eroding the marketability and value of our materials and the goodwill of our trademarks, and by undermining confidence in the wonderful work we have done and continue to do for the mutual benefit of recovering drug users, veterans, disadvantaged women, men and women released from department of corrections, drug court members, homeless youth and their communities,

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

and the investors who support our Kate's House Shared Housing model vision and help make shared housing possible.

I declare under penalty of perjury under the laws of the United States of America that the forgoing statements are true and correct to the best of my knowledge, information and belief.

DATED this 31st day of January, 2022.

DocuSigned by:
Sherri Candelario
12212D383AF6492...

SHERRI CANDELARIO, PH.D.

Kercsmar Feltus & Collins PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001