AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Arizona on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 2:21-cv-02133-SMB | 12/9/2021 | District of Arizona |

| PLAINTIFF | DEFENDANT |
|---|---|
| Frank Candelario; Sherri Candelario;<br>Shared Housing Solutions; and<br>Kate's House Foundation LLC | Recovery Housing Academy, LLC;<br>RAL Academy LLC;<br>Mona Guarino; and Isabelle Guarino |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6304269 | 3/30/2021 | Kate's House Foundation |
| 2 6304270 | 3/30/2021 | Kate's House Foundation |
| 3 6304268 | 3/30/2021 | Kate's House Foundation |
| 4 6304267 | 3/20/2021 | Kate's House Foundation |
| 5 97072531 | 10/13/2021 | Shared Housing Solutions Manager, LLC |

See add'l pg

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| 1/9/2022 | ☐ Amendment ☐ Answer ☑ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6304269 | 3/30/2021 | Kate's House Foundation |
| 2 6304270 | 3/30/2021 | Kate's House Foundation |
| 3 6304268 | 3/30/2021 | Kate's House Foundation |
| 4 6304267 | 3/30/2021 | Kate's House Foundation |
| 5 97072531 | 10/13/2021 | Shared Housing Solutions Manager, LLC |

See add'l pg

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset

Additional page to **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 97072507 | 10/13/2021 | Shared Housing Solutions Manager, LLC |
| 7 | 97066284 | 10/8/2021 | Shared Housing Solutions Manager, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 97072507 | 10/13/2021 | Shared Housing Solutions Manager, LLC |
| 7 | 97066284 | 10/8/2021 | Shared Housing Solutions Manager, LLC |