AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:21-cv-02133-SMB | DATE FILED<br>12/9/2021 | United States District Court District of Arizona<br>Sandra Day O'Connor U.S. Courthouse, Suite 526<br>401 West Washington Street, SPC 19, Phoenix, AZ 85003-2151 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Frank Candelario; and<br>Sherri Candelario | Recovery Housing Academy, LLC;<br>RAL Academy LLC;<br>Mona Guarino; and<br>Isabelle Guarino |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TX0009056716 | HOUSING FOR SOCIAL GOOD | Sherri Candelario,Frank Candelario |
| 2 TX 9-055-057 | Shared Housing Strategies Presentation 2018 | Sherri Candelario,Frank Candelario |
| 3 TX 9-055-056 | Shared Housing Strategies Presentation 2021 | Sherri Candelario,Frank Candelario |
| 4 TX 9-055-055 | Student Materials for Social Housing Strategies: Inve | Sherri Candelario,Frank Candelario |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| 1/9/2022 | ☐ Amendment ☐ Answer ☑ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX0009056716 | HOUSING FOR SOCIAL GOOD | Sherri Candelario,Frank Candelario |
| 2 TX 9-055-057 | Shared Housing Strategies Presentation 2018 | Sherri Candelario,Frank Candelario |
| 3 TX 9-055-056 | Shared Housing Strategies Presentation 2021 | Sherri Candelario,Frank Candelario |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Additional page to **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A COPYRIGHT**

In the above-entitled case, the following copyright(s) have been included:

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 4 | TX 9-055-055 | Student Materials for Social Housing Strategies: Investing for Profit and Purpose | Sherri Candelario, Frank Candelario |