BOURQUE LAW FIRM, P.C.
Arthur J. Bourque (No. 013773)
1819 East Morten, Suite 280
Phoenix, Arizona 85020
Telephone: (602) 559-9550
art@bourquelaw.com

Attorneys for Plaintiffs/Counterclaim Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Recovery Housing Academy, LLC, an Arizona limited liability company; RAL Academy, LLC, an Arizona limited liability company; Mona Guarino; and Isabelle Guarino,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>Frank Candelario and Sherri Candelario, Husband and Wife; Shared Housing Solutions, LLC,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. CV-21-2133-PHX-SMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Recovery Housing Academy, LLC, RAL Academy, LLC, Mona Guarino, and Isabelle Guarino (collectively “Plaintiffs”) and Frank Candelario, Sherri Candelario, and Shared Housing Solutions, LLC (collectively “Defendants”), through undersigned counsel, stipulate and agree to dismissal of the above-captioned matter with prejudice, and each party shall bear its own respective costs, expenses, and attorneys' fees.

. . .

. . .

. . .

. . .

DATED this 2nd day of May, 2022.

BOURQUE LAW FIRM, P.C.

By: /s/ Arthur J. Bourque
Arthur J. Bourque
Attorneys for Plaintiffs/
Counterclaim Defendants

MICHAEL BEST AND FRIEDRICH LLP

By: /s/ Stephen J. Horace
Stephen J. Horace

KERCSMAR FELTUS & COLLINS PLLC
Todd Feltus
Daniel P. Crane

Attorneys for Defendants/
Counterclaim Plaintiffs