# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Recovery Housing Academy, LLC, an Arizona limited liability company; RAL Academy, LLC, an Arizona limited liability company; Mona Guarino; and Isabelle Guarino,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>Frank Candelario and Sherri Candelario, Husband and Wife; Shared Housing Solutions, LLC,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. CV-21-2133-PHX-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED dismissing the above-captioned matter with prejudice, each party bearing its own respective costs, expenses, and attorneys' fees.