**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Recovery Housing Academy LLC, et al.,<br>Plaintiffs,<br>v.<br>Frank Candelario, et al.,<br>Defendants. | No. CV-21-02133-PHX-SMB<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 59),

**IT IS HEREBY ORDERED** dismissing the above-captioned matter with prejudice, each party bearing its own respective costs, expenses, and attorneys' fees.

Dated this 2nd day of May, 2022.

Honorable Susan M. Brnovich
United States District Judge